**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,    :    25 CR. 337 (RMB)
                                           :
      - against -                         :    **ORDER**
                                           :
                                           :
EMRIC MARRERO,                             :
                                           :
                Defendant.      :
------------------------------------------------------------x

      The plea hearing scheduled for Tuesday, September 2, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: August 27, 2025
      New York, NY

                                                        _____
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.