**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,     :

                     :

               Government,     :     25 Cr. 337 (RMB)

                     :

     - against -          :     **ORDER**

                     :

                     :

EMRIC MARRERO,         :

                     :

            Defendant.     :

------------------------------------------------------------x

     The sentence previously scheduled for April 7, 2026 at 10:00 A.M. is rescheduled to July 15, 2026 at 10:00 A.M in Courtroom 17B.

Dated: April 2, 2026
     New York, NY

                                 *RMB*

                          _____

                             **RICHARD M. BERMAN**
                               **U.S.D.J.**